United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-50598
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BARRY YETT,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:95-CR-33-2-JRN
---------------------

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

Barry Yett, federal prisoner # 61167-080, appeals the
district court's denial of his 18 U.S.C. § 3582(c)(2) motion to
reduce his sentence based on Amendment 599 to the United States
Sentencing Guidelines.  Yett pleaded guilty to possession with
intent to distribute cocaine base, in violation of 21 U.S.C.
§ 841(a)(1), and possession of a firearm by a felon, in violation
of 18 U.S.C. § 922(g)(1).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Yett argues that a sentence enhancement for possession of a weapon constituted impermissible double counting in violation of Amendment 599.  He asserts that Amendment 599 must be applied to U.S.S.G. §§ 2K2.1, 2K2.4, and 2K2.5.  Amendment 599, which amended the commentary to U.S.S.G. § 2K2.4, applies to convictions under 18 U.S.C. § 844(h) and 18 U.S.C. §§ 924(c) and 929(a).  Yett pleaded guilty to violating 18 U.S.C. § 922(g)(1), and his guideline sentencing range was computed under U.S.S.G. § 2D1.1, based upon his drug conviction.  Amendment 599 is irrelevant to his sentence, and his claims are without merit.

Yett also raises the Supreme Court's recent decision in Blakely v. Washington, 124 S. Ct. 2531 (2004), in support of his appeal.  Yett's argument is not cognizable in the context of a motion under 18 U.S.C. § 3582(c)(2).  See United States v. Shaw, 30 F.3d 26, 29 (5th Cir. 1994).  Yett's motion to file a supplemental brief is DENIED.

AFFIRMED; MOTION TO FILE SUPPLEMENTAL BRIEF DENIED.